DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DR. MASSOOD JALLALI** and **FALLON RAHIMA JALLALI,**
Appellants,

v.

**CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES 2013-15;** and **COUNTRYWIDE HOME LOANS, INC.,**
Appellees.

No. 4D17-380

[July 20, 2017]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE16006194.

Cyrus A. Bischoff of Bischoff & Associates, P.A., Miami, for appellants.

Melissa A. Giasi of Kass Shuler, P.A., Tampa, for appellee Christiana Trust.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***